2240/23-8160.NJP/db

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SOJOURN HOUSE, INC.,                                    )
                                                       )
        Plaintiff,                                     )
                                                       )
        v.                                             )    Cause No.:  1:23-cv-1555
                                                       )
BOARD OF ZONING APPEALS, MONROE                        )
COUNTY, INDIANA, and MONROE                            )
COUNTY, INDIANA,                                       )
                                                       )
        Defendants.                                    )

## NOTICE OF REMOVAL

COME NOW Defendants, BOARD OF ZONING APPEALS, MONROE COUNTY, INDIANA, and MONROE COUNTY, INDIANA, by and through one of their attorneys, EMILY CUROSH (#35194-45) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and, pursuant to 28 U.S.C. § 1441 and § 1446, hereby serve their Notice of Removal of the cause entitled *Sojourn House, Inc. v. Board of Zoning Appeals, Monroe County, Indiana, and Monroe County, Indiana*, filed in the Monroe County Circuit Court, Cause No. 53C06-2307-MI-0001710.  As their statement of grounds for removal, Defendants state as follows:

1.      Plaintiff filed an action against Defendants which was commenced on or about July 27, 2023, and which is presently pending in Monroe Circuit Court in the State of Indiana under Cause No. 53C06-2307-MI-0001710.  A true and accurate copy of "Plaintiff's Verified Petition for Judicial Review and Complaint for Damages under the Fair Housing Act, the Americans with Disabilities Act, and Violations of the Equal Protection Clause of the Fourteenth Amendment of the United States Under 42 U.S.C. § 1983" ("Complaint") is attached and made a part of this Notice as Exhibit A.

2.      Service of process was made on Defendants on or about July 31, 2023.

1

3.      The Complaint includes claims of constitutional violations against Defendants. The claims for constitutional violations are brought pursuant to federal law and enable Defendants to file this Notice of Removal.

4.      The State Court proceeding is an action for civil damages, which among these claims alleges that Defendants deprived Plaintiff of rights secured to it by the Constitution of the United States.

5.      The State Court Complaint raises federal questions, and the United States District Court has original jurisdiction over these federal questions pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 and pendant jurisdiction over state claims pursuant to 28 U.S.C. § 1367.

6.      The removal of the State Court action to the United States District Court is proper pursuant to 28 U.S.C. § 1441.  By virtue of the provisions of 28 U.S.C. § 1441, this case is one that may be removed to the District Court pursuant to 28 U.S.C. § 1441, and the action brought is one of which the District Court has original jurisdiction as the claim is founded on a claim or right arising under the Constitution, treaties, or laws of the United States.

7.      A Notice of Removal has contemporaneously been filed with the Monroe Circuit Court sitting in Bloomington, Indiana.

8.      Removal is sought by Defendants to remove the above-described matter from the Monroe Circuit Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

9.      All properly joined and served Defendants have consented to this removal.

10.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service upon Defendants, which occurred on or about July 31, 2023.

11.     Removal should be permitted in the interest of justice because Defendants properly seek to invoke their right to defend these Constitutional and federal claims in the federal forum.

Respectfully Submitted,

/s/ Emily Curosh
Emily Curosh (#29663-64) of
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorney for Defendants Board of Zoning Appeals,
Monroe County, Indiana, and Monroe County,
Indiana

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for BOARD OF ZONING APPEALS,
MONROE COUNTY, INDIANA, and MONROE
COUNTY, INDIANA
233 East 84th Drive, Suite 301
Merrillville, IN  46410
219/322-0830; FAX: 219/322-0834
EMAIL: Ecurosh@kkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Lonnie Dale Johnson
  ljohnson@lawcbj.com

- Cheyenne Riker
  criker@lawcbj.com

- John Michael Stringfield
  jstringfield@lawcbj.com

- Emily Curosh
  Ecurosh@khkklaw.com

3

- Matthew S. Clark
  Mclark@khkklaw.com

- Pamela Schneeman
  Pscheenman@khkklaw.com

**MANUAL NOTICE:**
**None.**

/s/ Emily Curosh

23-08-29 Notice of Removal (Federal) 8160

4